UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

SOULAIMANE BAH,

                    Defendant.

**ORDER**

21 Cr. 654 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The sentencing of Defendant Soulaimane Bah will take place on **February 23, 2022 at 2:00 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

        Any sentencing submissions on behalf of the Defendant are due by **February 2, 2022**. The Government's sentencing submission is due by **February 9, 2022**.

Dated: New York, New York
       November 22, 2021

                                          SO ORDERED.

                                          Paul G. Gardephe
                                          United States District Judge