# STAMPUR & ROTH
### ATTORNEYS AT LAW

WILLIAM J. STAMPUR
JAMES ROTH

299 BROADWAY, SUITE 800
NEW YORK, N.Y. 10007

(212) 619-4240
FAX (212) 619-6743

January 31, 2022

**By ECF**

Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    *United States v. Soulaimane Bah*, 21 Cr. 654 (PGG)

Dear Judge Gardephe:

    I write to respectfully request an adjournment of Mr. Bah's sentence proceeding now scheduled for February 23, 2022.

    Mr. Bah is now enrolled in the Focus Forward Project and counsel has been in contact with Pamela Miller, the Director of the Project, and she anticipates his graduation from the Project in late April 2022.

    Therefore I respectfully request an adjournment of his sentence until early or mid-May 2022, at a date and time convenient to the Court.

    Mr. Bah has been in full compliance with his bail conditions. AUSA David Robles has no objection to this request.

Very truly yours,

*William J. Stampur*
William J. Stampur

cc:    AUSA David Robles (By ECF)

**Memo Endorsed:** The sentencing of Defendant Soulaimane Bah is adjourned to May 2, 2022 at 3:00 p.m. in Courtroom 705 of the Thurgood Marshall U.S. Courthouse, New York, New York. Any sentencing submissions on behalf of Defendant are due by April 11, 2022. The Government's sentencing submission is due by April 18, 2022.

SO ORDERED.

*Paul G. Gardephe*

Paul G. Gardephe
United States District Judge

Dated: February 1, 2022

WS/Bah/Adj Rqst