# STAMPUR & ROTH
### ATTORNEYS AT LAW

WILLIAM J. STAMPUR
JAMES ROTH

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

*Paul G. Gardephe*

Paul G. Gardephe, U.S.D.J.

Dated: March 3, 2022

March 2, 2022

**By ECF**

Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *United States v. Soulaimane Bah*, 21 Cr. 654 (PGG)

Dear Judge Gardephe:

    I am counsel of record for Soulaimane Bah in the above-captioned matter. I write to respectfully request a variance in Mr. Bah's pretrial travel restrictions which are presently limited to the Southern and Eastern Districts of New York.

    Mr. Bah respectfully requests to travel to Cobayah tie 5, Conakry, Guinea, in West Africa to visit his father who is suffering from a serious heart ailment. Mr. Bah's Pretrial Officer, Dominique Jackson, and AUSA David Robles have no objection to a travel request, however, Ms. Jackson informed counsel that Pretrial ordinarily consents to international travel when the duration of the trip is one week or less. Mr. Bah is requesting a trip of approximately two weeks, given both the distance of travel and the recognition that he may never again see his ailing father due to his medical situation.

    If approved, Mr. Bah will be leaving from JFK on Monday, March 14, 2022 and returning to JFK on Tuesday, March 29, 2022. Enclosed for the Court's consideration is a flight itinerary detailing the dates and times of the flights Mr. Bah will need to take. Mr. Bah's father can be reached by telephone at +224 666611050.

    Mr. Bah is presently enrolled in the Focus Forward Program and has indicated to counsel that he can participate remotely in the next two sessions while he is abroad.

    Thank you for your attention to this matter.

Very truly yours,

*William J. Stampur*

William J. Stampur

cc:    AUSA David Robles (BY ECF), PTO Dominique Jackson (By Email)

Encls.

WS/Bah/Ltr Rqst to Ct/Travel to Africa

11:25

Close

# Your flight to Conakry

**Flight to Conakry**
1 stop · 20h 45m

○ Mon, Mar 14 · 8:30 PM
**JFK · New York J F Kennedy International Apt**

 Air France
AF7 · Economy
Flight time 7h 20m

○ Tue, Mar 15 · 8:50 AM
**CDG · Paris Charles De Gaulle Apt**

🕒 Layover 4h 30m

○ Tue, Mar 15 · 1:20 PM
**CDG · Paris Charles De Gaulle Apt**

Air France
AF596 · Economy
Flight time 8h 55m

○ Tue, Mar 15 · 9:15 PM
**CKY · Conakry**

**Flight to New York**

**$1,065.82** ⓘ
Total price for all travelers

Select

AA    flights.booking.com    ↻

## Flight to New York
1 stop · 16h 50m

○ Mon, Mar 28 · 9:55 PM
**CKY · Conakry**

 Air France
AF597 · Economy
Flight time 6h 15m

○ Tue, Mar 29 · 6:10 AM
**CDG · Paris Charles De Gaulle Apt**

⊙ Layover 2h 25m

○ Tue, Mar 29 · 8:35 AM
**CDG · Paris Charles De Gaulle Apt**

 Air France
AF22 · Economy
Flight time 8h 10m

○ Tue, Mar 29 · 10:45 AM
**JFK · New York J F Kennedy International Apt**

## Included baggage
The total baggage included in the price

 1 personal item
Must go under the seat in front of you
Included

🧳 1 carry-on bag
Max weight 26.5 lbs
Included

 2 checked bags

## $1,065.82 ⓘ
Total price for all travelers

**Select**

🔒 flights.booking.com